Court of Criminal Appeals of Texas.
April 29, 1953.

## ZUNDELL v. STATE.
### No. 26407.

Court of Criminal Appeals of Texas.
April 29, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Appellant waived a jury and entered his plea of not guilty before the court on a charge of driving a motor vehicle while intoxicated. He was found guilty and assessed a fine of $50.

The record on appeal contains no statement of facts and no bills of exception. The proceedings appear regular and nothing is presented for review.

The judgment is affirmed.